ERRATA

In *Mid Continent Steel & Wire, Inc. v. United States*, Consol. Court No. 18-00235, Public Slip Op. 21-74, dated June 14, 2021

Page 15: On line 18, replace "Oman Fasteners'" with "Amatei's".

Page 16: On line 17, replace "Oman Fasteners'" with "Amatei's". On line 19, replace "Oman Fasteners'" with "Amatei's".

June 15, 2021